B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Indiana

In re  Anthony Freeman Stout and Erica Winslow-Swanfeldt-Stout   Case No.  14-00196-JMC-13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Home Point Financial Corporation | Stonegate Mortgage Corporation |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Home Point Financial Corporation
4849 Greenville Avenue, Suite 800
Dallas, TX 75206
Phone:
Last Four Digits of Acct #:    5441

Court Claim # (if known):    11-1
Amount of Claim:    $140,198.08
Date Claim Filed:    07/29/2014

Phone:
Last Four Digits of Acct. #:    5441

Name and Address where transferee payments should be sent (if different from above):
Home Point Financial Corporation
PO Box 790309
St. Louis, MO 63179
Phone:
Last Four Digits of Acct #:    5441

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile                           Date: 06/29/2017
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.